# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0559
LT Case No. 2004-CF-000160-A

———————————————

ADRIAN K. GRAY,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

———————————————

Petition for Writ of Habeas Corpus.
A Case of Original Jurisdiction.

Adrian K. Gray, Cross City, pro se.

No Appearance for Respondent.


May 17, 2024


PER CURIAM.

This Court previously denied Petitioner's first Petition for Writ of Habeas Corpus on March 28, 2023. Petitioner files this second petition for Writ of Habeas Corpus once again attempting to obtain review of his successive claims, both stemming from this Nassau County Circuit Court Case No. 2004-CF-000160-A. Accordingly, we dismiss this petition. *See Richardson v. State*, 918 So. 2d 999 (Fla. 5th DCA 2006). Because it appears that Petitioner's filings are abusive, repetitive, malicious, or frivolous,

Petitioner is cautioned that any further pro se filings in this Court asserting claims stemming from Nassau County Circuit Court Case No. 2004-CF-000160-A, may result in sanctions such as a bar on pro se filing in this Court. *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

DISMISSED; PETITIONER CAUTIONED.

LAMBERT, KILBANE, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____